Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Klein Steel Services, Inc.     v. Sirius Protection, LLC

No. 14-1796

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se       [✔] As counsel for:   Klein Steel Services, Inc.
                                        Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✔] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

Name:                Arland T. Stein
Law firm:            Hahn Loeser & Parks LLP
Address:             65 E. State Street, Suite 1400
City, State and ZIP: Columbus, Ohio 43215
Telephone:           614-221-0240
Fax #:               614-221-5909
E-mail address:      astein@hahnlaw.com

Statement to be completed by counsel only (select one):

[✔] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/1/1982

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✔] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| 09/19/2014 | /s/ Arland T. Stein |
|---|---|
| Date | Signature of pro se or counsel |

cc: Fred K. Herrmann, Esq.